IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: 3:24-3151-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 250,000 USDT, | ) | |
| | ) | |
| Defendant *in Rem*. | ) | |
| | ) | |

**APPLICATION FOR WARRANT FOR ARREST OF ARTICLES *in Rem***

The United States of America respectfully requests that the Clerk of this Court issue the attached Warrant of Arrest in Rem of its application, the United States says the following:

1. On May 22, 2024, the United States filed a complaint for civil forfeiture *in rem* in the above-referenced case, which seeks the forfeiture of 250,000 USDT ("Defendant Funds"), valued at approximately $250,000.00 ("United States Dollars").

2. The Defendant Funds are currently restrained and pending deposit to an account under the control of United States Secret Service.

3. Supplemental Rule G(3)(b)(i) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is in the Government's possession, custody or control, the clerk "must issue a warrant to arrest the property."

WHEREFORE, the United States respectfully requests that the Clerk of the Court issue the attached warrant of arrest *in rem*.

          Respectfully submitted,

          Adair F. Boroughs
          UNITED STATES ATTORNEY

          By:  *s/Carrie Fisher Sherard*
          Carrie Fisher Sherard #10134
          Assistant United States Attorney
          55 Beattie Place, Suite 700
          Greenville, SC 29601
          (864) 282-2100

May 22, 2024