IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL ACTION NO.: 3:24-cv-03151-JFA |
| Plaintiff, | ) |
| vs. | ) |
| 250,000 IN USDT, | ) |
| Defendant *In Rem*. | ) |

**ORDER DISMISSING FORFEITURE COMPLAINT**

The United States has moved for an order dismissing its previously filed complaint for forfeiture in rem in this case. After review of documents and other information provided in the above-referenced case, the government has determined that the case lacks litigative merit and has decided not to pursue civil judicial forfeiture of the 250,000 USDT seized. Accordingly, the court grants the dismissal of the complaint, without prejudice, pursuant to Rule 41(a)(2), Fed.R.Civ.P.

IT IS SO ORDERED.

July 15, 2024                                                                 Joseph F. Anderson, Jr.
Columbia, South Carolina                                            United States District Judge